IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WILLIAM LEON ALLRED,

        Plaintiff,

v.                                 CIVIL ACTION NO. 2:22-cv-00447

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

ORDER

        This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. Magistrate Judge Aboulhosn submitted his Proposed Findings and Recommendation [ECF No. 17] ("PF&R") and recommended that I deny the plaintiff's request for remand [ECF No. 11], grant the defendant's request to affirm the final decision [ECF No. 12], affirm the final decision of the Commissioner, and dismiss this civil action from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time to do so.

        A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** the plaintiff's request for remand [ECF No. 11], **GRANTS** the defendant's request to affirm [ECF No. 12], **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    August 18, 2023

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE